

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-17-00001-CR

**IN RE** Alex **FLORES**

Original Mandamus Proceeding

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

On June 3, 2017, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 6, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court